**Joshua Barrett SHAPIRO, Plaintiff–Appellant,**

v.

**Mark Douglas STILES, City Attorney, Office of the City Attorney of Virginia Beach, Defendant–Appellee.**

No. 09–2278.

United States Court of Appeals, Fourth Circuit.

Submitted: July 22, 2010.

Decided: July 29, 2010.

Joshua Barrett Shapiro, Appellant Pro Se.

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joshua Barrett Shapiro appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Shapiro v. Stiles*, No. 2:09–cv–00344–MSD–FBS (E.D.Va. Oct. 30, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in

the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*